UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 20-18-JVS-1 |
|---|---|
| Plaintiff, | ORDER RE: STIPULATION TO AMEND PLEA AGREEMENT [234] |
| v. | |
| JAMES NATE BELL, | |
| Defendant. | |

    Having read the parties' stipulation, and good cause appearing, the Court hereby accepts the amendment to the plea agreement for defendant JAMES NATE BELL.

    IT IS SO ORDERED.

July 10, 2023
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE