# Exhibit "A"

## Tony J. Park, Pharm.D., J.D.
## Principal Attorney

After receiving his Pharm.D. degree from the University of the Pacific in 1996, Dr. Park started his career as P.I.C. and Store Manager of a chain drugstore. Then from 1998 until 2008, Dr. Park's entrepreneurship compelled him to create and operating various start-up pharmacy-related businesses, including a sterile compounding pharmacy, a Hispanic community pharmacy, a mail order pharmacy, a hemophilia homecare company, and a specialty drug wholesaler.  He then sold all of his businesses in 2008 to attend law school, earning his Juris Doctor in 2010 from the Western Michigan University - Thomas M. Cooley Law School.  After gaining experience in qui tam and healthcare law, Dr. Park started his own law firm in 2012, "CPL – California Pharmacy Lawyers."

As a Pharmacist-Attorney, he has represented numerous individuals and entities in all aspects of pharmacy practice and business by defending them against government and private attacks on licensure and other aspects of pharmacy practice or drug/device distribution.  He serves as General Counsel for the nation's largest state association of pharmacists, the California Pharmacists Association, and regularly advises on proposed bills and regulations that affect pharmacy practice and healthcare.  Dr. Park also teaches Pharmacy Law & Ethics at several California schools of pharmacy, including his own alma mater.  Dr. Park is a regular speaker for various pharmacist groups as well as other healthcare professionals outside of pharmacy, presenting on topics related to prescription drug laws, controlled substances prescribing, and entrepreneurship. He has written numerous articles and has contributed in a variety of professional publications, particularly enjoying the topic of real-world effects of new laws and regulations.  Dr. Park is a Registered Pharmacist and member of the California Bar.

