# Exhibit "B"

The Honorable James V. Selna
United States District Court Judge
U.S. District Court
Central District of California

Re: United States of America v James Nate Bell
Case: SACR 20-18-JVS-1


Dear Judge Selna,

First Your Honor, I appreciate you giving me the opportunity to tell you who I am and how I arrived in this humbling situation.

I committed an impetuous act that was just plain stupid. I panicked and acted in a way that was not within my typical character and I am so ashamed of my actions. I had worked so hard to create a thriving business. I hired a lawyer who was known as THE pharmacy lawyer who is not only a lawyer, but a pharmacist, to write our contracts. But when I realized that Tricare was a government insurer, I panicked. I consider myself to be an intelligent person. My actions in that moment were far from it. I can never express how remorseful I am for acting in this manner. The only saving grace is that we did not go through with signing the new contract and giving it to the FBI. However, I am still standing before the court full of shame.

This letter is not by any means an attempt to diminish my responsibility. It is simply to give you a history of my life and my actions.

I was born in September 1981 in Upland California to James Bell and Sharilyn Bell. A construction worker and a ROP teacher respectively. 3 Years later in 1984 my younger sister Melissa was born. We lived a modest, simple life in Chino, California. We were latchkey kids from a relatively young age, as most kids were during that time. It helped to make me resilient and independent as I grew up. I had a good childhood. There was never abuse, and no drug use I can remember, just love and support. My sister and I were very fortunate. My father being a green beret during Vietnam and my mother growing up in a very religious and strict household; I was taught hard work, responsibility for your own actions, and to love God, family, and country… in that order.

Throughout my childhood I made lasting friendships with a few people that still are around today.  As time went on some of those moved away. This is when I began to value my solitude. I wouldn't say I became introverted, but I preferred to be by myself or with very limited friends. My mother wanting a better environment for her son and adding to that my Pop's health issues (a quadruple bypass), it was decided I would move to Brea, change High Schools and help Pop around the apartments. He was in his early-eighties and actually the apartment handy man and gardener. I lived in that 1 bedroom apartment with pop for the next 4-5 years, graduating high school, helping him out around the apartments, making a couple new friends, and becoming very close to that old man. That never changed.

As I got older and he impressively recovered, it became obvious we needed our own space. I moved out and over the next several years bounced around southern California working jobs that would never seem to be a career or even a good fit. I worked at U-Haul, Robinson's May in the marketing dept, road slurry construction, culligan water, an anodizing chemical company, as a contractor for Time Warner, and a contractor for Jostens Photography. With the last two jobs I recognized what was missing with the others. I needed to be my own boss, the freedom, the responsibility and the solitude. During Jostens I started Subliminal Photography and begun for the first time, being truly my own boss. I photographed weddings, family photos, birthdays, modeling portfolios, nature and even fine art photography. To further this endeavor, I opened an art gallery in Downtown Pomona's Art Colony. I had a small apartment in back and had a 1100 ft2 gallery in the front. The first night of the first exhibition I had more than 1000 people come through the doors. I was proud and confident. That was when I decided I would never work for anyone again and would do whatever possible to be my own boss and create my own path. It went well for a while. I made enough to pay bills and eat. I was doing something I loved, and I was content at that.

In 2009 after several months of no traffic and no sales I debated on closing the gallery. Nearly every day I would visit Pop at his home. We would talk, he would try and give me money for food, and we would joke around. I had been doing this nearly every day for years since I moved. Today was off, different. He told me the same story 3 times in less than 15 minutes. He asked me several times when I was leaving and if I'd be back…wasn't like him. He was extraordinarily sharp for a man in his early 90s. Within a week, he was in the hospital and was diagnosed with multiple acute stroke syndrome. He was deteriorating fast and quickly didn't recognize anyone or even himself. They kept him on life support for several weeks and the greatest man I ever knew wasted away to a shell of a human being. His mind gone. His eyes only had confusion and fear, no recognition, and he had lost his ability to speak. I refused to visit him after that. It wasn't him anymore, Pop was gone. And with him my desire to continue to trudge on with the gallery. It closed and with it, my apartment in the rear.

I shortly reached out to the few friends I had. I needed a place to stay and a job. I wasn't motivated any longer to be my own boss. I moved in with Eric who had an empty room in a two-bedroom apartment in La Habra. Shortly after I began a part time job with my friend Nick learning HVACR. Although the job was sporadic and difficult, I enjoyed it. During the winter the work dropped off quite a bit. I had to start looking for something else. A friend of Eric's had a delivery driver job at a pharmacy and was moving up to Washington. He landed me the $10/hr job. It wasn't much but it was enough. Delivering drugs and medical supplies during the days and working with Nick nights and weekends kept me busy and surprisingly content. In February of 2010 the Pharmacy hired a new young lady, Crystal Valdivia. Everything from then on changed. I had never enjoyed the company of another person so much in my life. In less than two months, I had left the pharmacy and told Nick we were starting a company. I threw everything I had into opening our business. I had someone to impress and a possible future to provide for. I fell in love with that woman and her 4-year-old daughter named Ariana. We were engaged 7 months after meeting. She continued to work at the pharmacy, and I was building a successful business.

Just over year later I was flying to Hong Kong to consult on issues with an air conditioning manufacturer in the manufacturing plant in Guangdong, China. Nick and I had 2 additional employees and were doing well. One day Crystal began talking to me about being a pharmaceutical sales rep for the pharmacy. She

was seeing how much the reps were making and how easy it looked. Soon we started Algia, a marketing company, and she started going to Drs offices with a sales pitch. Within the better part of a year we were doing just as well with Algia than with the HVAC company.

I had become accustomed long ago to my solitude and privacy. I was more than willing to share that with Crystal and Ariana. That was enough. We were living in the front house of a quad-plex and for the first time in my adult life I wasn't just content but happy and thriving. I didn't want anything to change. So of course, Crystal became pregnant. At 5 months we discovered that we weren't expecting a little girl, we were expecting 2. Twins. The Dr. gave her another month or two to work and then she was to go on disability. As soon as she left her job and went on disability our commission at the pharmacy plummeted. What had been a steady incline for nearly 2 years was now, within 6 months less than 10% of its peak. We discussed how her going back should fix it, but she broke down and begged me to not have her ever go back there. I knew from the several weeks I was there the owner was scum. I had no idea what working there was like for the girls. Story after story and I understood why she couldn't go back. I panicked. With 2 more to take care of and our income being slashed to less than half, we had to figure something out. Crystal and I looked into it and decided we would try to open our own pharmacy. With little to no experience this would be a daunting and difficult task to try.

I was put into contact by a mutual friend with Dr. Amrutlal Shah. He was a pharmacist who previously worked part time at Crystal's old pharmacy. I had met him a couple of times before. He reminded me of Pop.

We met several times at his home and I pitched my ideas to him at length. He was receptive and had some conditions and ideas of his own. He had a partnership agreement drawn up and we progressed with the licensing. We rented a small location in La Habra where I had done AC work. I gutted the suite. New rooms, new paint, new flooring, new lights etc. It was small but it was all we needed at the time. Our inspection went well and our BOP license was issued in July of 2013. Now we needed staff. Crystal and I reached out to a few people she used to work with at the old pharmacy. Soon we had 3 new employees and were rolling along. I found legal counsel in an attorney who specialized in pharmacy law. He had impeccable credentials and was a registered pharmacist as well as an attorney. I was eager and hopeful looking forward to providing something substantial for my new family.

Dr. Shah was always rather aloof. I just chalked it up to him being elderly and maybe a cultural thing. Around a year into the pharmacy he began not showing up to unlock to pharmacy, leaving for lunch and not returning, and sleeping in his office. His routine Dr. Visits became more frequent. We hired another pharmacist to cover his workload. In the last period of 2014, Dr. Shah withdrew as partner from the pharmacy. A few months later, my old partner and friend passed away. He was diagnosed with blood cancer and had never told me. I was confused and saddened. Also worried about the business and hiring another pharmacist in charge was a big task.

The pharmacy continued to grow and we added a second location in Brea to house records and office staff. Soon the Board of Pharmacy allowed us to combine the two locations and house the medications in the Brea location. Without Dr. Shah there was a gap, not just in his presence, but also in his guidance. I had no training in pharmacy or laws & regulations regarding pharmacy. I relied on my compliance

attorney and the pharmacist in charge for that as I attempted to run the business aspects. From BOP inspections, insurance audits, and drug recalls the business was immensely stressful and intense. It was non-stop and I was tired of not knowing what to do. By 2016 business was down a bit, I was not feeling well and had gained about 30lbs. My mental health and my home life were suffering. Crystal and I had a very long talk over days…and days. I decided I had had enough. I could be content and my family taken care of. At this point the stress had dragged me down enough. In February of 2016 I informed the staff we would be closing in March. I had chosen to walk away from a 6 figure a month business to spend time with my wife and my kids. When I let the employees go I gave each employee a severance package of 5-6 months' worth of pay and one of them was gifted the company delivery car as well. I apologized profusely and they seemed to understand. I am still in touch with a few of them to this day.

After February's decision I began to feel better. The stress was finally subsiding and as I worked towards closing shop I felt a sense of relief and calm. I begin to sleep better and feel better. Spending time with my girls, I was sure I had made the right choice.

Several months after the pharmacy closed my peace exploded and the nightmare began. Federal agents showed up at my house with a very large subpoena and were asking me a myriad of questions about the pharmacy and people I knew. I was terrified. I thought I finally could breathe, but this had knocked the wind out of me. I had reached out to the attorney I used previously for the mediation, but he did not handle criminal cases he referred me to another attorney. As we went over the subpoena, it was evident they were looking into specific patients and insurances. I didn't understand. I had a compliance attorney who helped structure the entire business, had pharmacists in charge to make sure we were compliant, and a staff of 6-7 who did nothing but validate the insurances and information as it came in. What did they want, what could we have possibly done? I called my biggest sales rep and asked to meet with them and seek their advice. I didn't sleep for the next couple of days, worrying and speculating on what would happen and what I could do. That's when I had probably the stupidest idea of my life. I Thought that if they were after specific insurances, I'll just say we didn't take those insurances. The next day when I met with the sales reps, I presented them with the idea. I had a blank sales agreement that I proposed us signing and backdating the new agreement to effectually hide some of our business. We all said we'd think about it and reach back out in a couple of days. That night I dwelled on my plan and realized how foolish and senseless it was. If I was truly innocent, why would I actually do something to complicate the issue and likely get into more trouble. It was a heinous idea and I decided not to follow through. Even though the reps and I had a few more conversations after that I never brought it up. I was embarrassed and hoped it would die and be forgotten as a momentary weakness. We never spoke about it to one another after that day.

Years later after the arrest had finally transpired, my assets were seized. They took my wife's car, our bank accounts and investment accounts, and they seized our home. Not being able to afford the mortgage we had to sell our family home immediately. This necessary haste resulted in a substantial loss on the market value of our home. We abruptly had to move temporarily into our first home which was rented to tenants. We regrouped and attempted to remain in California until our eldest Ariana graduated High School. Unfortunately, after several months we were forced once again to sell our home and move across the country. Our eldest Ariana, not wanting to leave High School and her life, decided to stay in

California with family so she could graduate and attend college there. Our family was split. This has been atrocious for us and I will make sure to never do anything to find myself in this situation ever again.

These events have led to my family growing very close to one another. Over the last 7 years I have been more fortunate than many other fathers. I fully understand how lucky I am to have 3 beautiful daughters that love and respect me. Our bond has grown substantially with the amount of time I am able to spend with two of them, and I know the eldest and I have suffered. I just watched my oldest Ariana graduate high school in California and was named Homecoming Queen her senior year. I am immensely proud. She will be attending Cal State Fullerton in the Fall and will be seeking a child psychology degree.

The twins Scarlett and Delilah have become, as sad as it sounds, my best friends. Our move to Texas was the best thing for our family. It is much more in line with our traditional values and the lessons we want to instill in our daughters. With the land we have, my girls have learned to garden, drive a tractor, and care for animals. The opportunities they have here are ideal. We are planning to homestead here and my days are filled with showing them how to be self sufficient while still making sure they are proper members of society. I have spent nearly every day over the last year building our house and homestead with my family. We have a well and rainwater collection on nearly 30 acres about 15 min from the city of Boerne. We plan on chickens, ducks, and a steer in the near future with a greenhouse this fall. I have self-preformed the electrical, HVACR, painting, finish plumbing, and trim carpentry. I aided in the framing, concrete, and tile work. My wife and girls have helped along the way and have thoroughly enjoyed their new school, home, and the land and responsibilities that came with it. Scarlett wants to be a zoologist to pursue her love of animals. Delilah would like to …well Delilah is a free spirit. She wants to do everything and anything.

Crystal and I are also closer than ever. My beautiful wife and I have been together for nearly 14 years and I am in love more today than when I proposed. This ordeal has taught me something I always lacked, patience. Without her I do not think I could have endured these last several years. Her sacrifice and moving from the only home she has ever know to Texas and giving up city convenience for rural freedom is nothing short of inspiring. She wants nothing but to have her husband and her girls happy and safe.

My life here is finally everything I have ever wanted. It is peaceful and serene. That may seem to contrast with the hard work, but to the contrary, it seems to provide for it. Watching my girls grow up happy, free, and capable, and watching my wife be her greatest possible self here is utopia. Being able to spend time with them, teach them, and watch them grow is the greatest gift god has given me. There is nothing I would ever due to disrupt this peace and put their happiness, safety, and prosperity in Jeopardy. I hope they are proud of me.

Sincerely,


James Nate Bell