# Exhibit "C"

To Whom it may concern,

    I been given the honor to write about my friend and whom I consider my brother James Nathen Bell. I have known Nate since we were 16 yrs of age. Through this 20 pulse years of friendship, myself Eric Perez have had ups and downs. Struggling with addiction and incarceration. During this time Nate has been there for me to be the voice of reason and always encouraging me to get back on the right path and to do right by my family and friends. He has stood by me when really no one should have. He has brought me in when I had nowhere to live and let me live with him, helped me find jobs and made sure I had money in my pockets. He not only made sure I was ok but made sure when I was incarcerated he helped my family with making sure they were able to make rent and have food on the table.

    I am super blessed to say with Nate's continued guidance I have been sober for 5 years living with my kids and wife in Morro Bay, Ca and am running my own painting company. I cant not stress this enough that this would not be possible at all if i did not have a man like Nate in my life. To this day and for every will be the guy I call if I want an honest and straight answer of his opinion on any situation that comes up in my life. I have grown up with Nate so I have seen him go from a young teenager to a man who puts his wife and kids foremost in his life. Which inspires me to be a better father.

    These past 4 years have been super ruff on Nate and his family. I watched them go from their beautiful home in Anaheim Hills to Brea then from Brea to Texas. I watched his twins move schools and I have seen his wife who was a stay at home mom get a job so that they can keep food on the table and support the family. All through the stress and financial hardship I have seen Nate only be remorseful for what is going on and positive with his attitude. Even with him unsure if he will face jail time. I have seen him only put his wife and kids first and secure if he does have to do time. To a man like me you will never really understand how inspiring that is. I personally know how hard it is to go through the court system and to have a positive attitude while doing so. Not putting your feelings and worries first is very hard in a case like this. Nate has done just that, he has put his worries and feelings aside and put his family first.

    Also throughout the years I have been able to help Nate in my own ways like helping his family move to Texas, helping paint and working around his homes when he had projects going on. Being friends has been and continues to be one of the greatest parts of my life. I guess what I'm trying to say is I'm glad God put a man like Nate in my life because I would not be where I am at in life today without him and this friendship. I hope everyone in life gets a chance to experience a friendship and brotherhood like we have. It is truly rare and one of a kind.

Eric Dean Perez

June 23, 2023

Dear Judge James V Selna,

I've known Mr. James Nate Bell (Nate) since approximately 1995. In the nearly thirty years that we've been friends, I have firsthand experience of the quality of his character. Nate is a man of faith, which informs his exceptional principle and virtue; he has consistently demonstrated honesty and integrity in his words and actions. In my experience, he does not say what he does not mean, and he does not act except in alignment with what he has said. In short, his words and actions are congruent with his values. There is no duplicity in him.

Nate is a dedicated father and husband. He prioritizes his family above all else. He is a generous father to his own biological children as well as his stepdaughter. He is a loyal friend. He is industrious and resourceful.

It is my opinion that Nate contributes positively to his community. I know that he has been and is supportive of the small group of close friends and family that he maintains, seeking to provide positive advice, direction, and material support when needed and possible. This aligns with his Christian identity and the virtues commonly associated with those informed by the gift of faith. I consider myself fortunate to count Nate as a friend.

I am aware of the current obstruction charge against Nate, as well as his plea. He has expressed regret and contrition for the decisions that led to this moment. I am hopeful that the Court will treat him leniently; I'm confident that Nate will extend any mercy received to those with whom he comes into contact moving forward.

Kind Regards,

Michael Skeehan

Judge James V. Selna

June 20, 2023

To whom it may concern,

I'm writing this letter as a character reference for James Nathan Bell. Nate has been a friend of mine for around 30 years. We met in 6th grade and clicked immediately. I have come to know his parents, his sister, and I had the pleasure of knowing his grandfather before he passed away. I grew up very poor and as a result there were struggles that came with that. There were times that I wouldn't eat if it weren't for Nate and his family welcoming me in and treating me like one of their own. Through the years Nate and I had always kept in contact even when I was active duty, and he traveled the world. We both eventually settled back down in or around our hometown of Chino and it was like no time had passed and we were tight again. Nate and I have worked together, raised families together, confided in each other and helped each other through rough times. We even started a business together that is still going 13 years later. Sure, we have had arguments, but he has always been a person I could count on. The best compliment I can give someone is 30 years of friendship because over that amount of time it's very easy to naturally separate yourself from people of lesser character. He is someone I trust and will continue to trust because he has earned it.

Like mentioned above we have raised our families together and I have had the opportunity to watch Nate go from someone who didn't want kids to welcoming in a stepdaughter and having twin girls of his own. He has been an amazing father to all of them. Everyone can see they are his main priority. I know that his girls are aware of him pleading guilty to obstruction. He has mentioned the way it feels knowing how he has let them down. I know this is something that he will use for good as he makes extra effort to rebuild and lead his family.

Please consider my words and I hope I have painted a picture of a person that is an amazing father, and a lifelong friend, which to me, is the best way to judge someone's character.

Thank you
Joseph Nicholas Arnold

Dear Judge Selna,

In 1988 my parents divorced, and my mother packed us kids up from Riverside, California to Chino, California. I was only 9 years old; my older sister was 11, and my younger sister was 5. We didn't have any money, and no father around. My mother was trying to raise three kids on a secretary's salary and hot meals were something we only had occasionally. We wore soiled clothes to school, and usually didn't even have haircuts. We stood out in a very negative way and other kids capitalized on our "poor" status. Looking back, those were some of the darkest years in my childhood. Abuse was common and we felt forgotten by everyone. Being home alone together while our mother was working exacerbated the problem even more. We needed stability and guidance. We needed adults in our lives who could serve as role models and friends our age that we could trust.

Across the street, there was a family named the Bells. Sherry and James were older adults, Sherry a career long educator, and James, a Vietnam veteran, who had two children: Nathan and Melissa. Melissa was around the same age as my little sister, and Nathan and I were close to equal age. Their house was very different than ours. They had structure, the house was always clean, they had dinner at the table as a family to which we were always invited. On Sundays they went to church, and we were welcome to attend as well. Nathan and I had similar interests and would often run around the neighborhood with other kids, or we would sit and play Nintendo at his house.

With my home life being less than suitable, I was able to appreciate a family like The Bells. It was a nice change in environment, and I enjoyed watching movies and watching professional wrestling matches with Nathan and James. Nathan and I would get to know the other kids, and most of those kids had homes like mine and were always heading for trouble. It's an unfortunate cycle in broken homes that Nathan didn't have to deal with. When those kids had ideas on what to do, it was always Nathan and I who had clear heads and we would avoid any trouble. We were better off just riding our bicycles and skateboards around.

Throughout the next few years, Nathan was my closest friend. I was considered a family member in the Bell home. There were other kids on the street, and often I found myself mixed up with them heading in the wrong direction. The Bells were always a compass point to help me get on the right track. Without that structure, I'm sure I would've found myself in the system with Child Protection Services, or even Juvenile Detention Centers. I consider myself fortunate to have met this family.

A few years later, I would move away from Chino, California so our family could start fresh in Corona, California. My mother had met a man, and we were to begin a family. I didn't stay in touch with Nate as much as I would have liked over the years. We were able to get in touch several years ago, and Nathan and I were able to hit it off much like we did when we were little. Throughout the years, I would hear that Nathan was successful and was doing very well; he would hear about my career in the Navy. We agreed that the structure provided to us by his parents were key indicators in how we would present ourselves in the world, and by embracing that structure, we would find success. I found success in my 20+ year military career, and Nathan found success in business.

After my retirement from the Navy I was unsure in what state I would make my home. Knowing all the benefits for retired military, I was interested in buying a home in Texas. Having no relatives in Texas, Nathan and Crystal were gracious enough to let me live rent free in their home in Boerne until I

was able to locate and purchase a home for myself. I lived in their house for 6 months only being asked to maintain the house and pay for my own utilities.

    Although I'm aware of his charges, I can say that those actions are not something I would expect from Nathan Bell. From our time as children to our time as young adults, to today, I have not seen any acts from Nathan that I would consider malicious. As someone who takes responsibility as instilled in him from his family values and upbringing, I don't imagine his mistake is something he won't accept responsibility for, and I know he deeply regrets it.

Very Respectfully,

Garrett Kitterman

US Navy, Retired.

Nate (James) Bell Character Reference

Submitted by:

I am Gary Wing, a 77 year old retired commercial helicopter pilot. I served in Vietnam and many years working wildfires. I have been married to Lorey Wing for 38 years. She is a retired Bio Chemist. She worked in gene function discovery. Lorey and I live at Sabinas Creek Ranch, and, although we don't live next door to Nate, we are considered neighbors in the same community.

I have known Nate Bell for about 2 years (June of 2021 to June of 2023). We were first acquainted because of mutual concerns with our neighborhood HOA during the construction phases of both of our houses. There are people within our development that would best be described as gossips. During the time Lorey and I were first becoming acquainted with Nate and his wife Crystal, these gossips were spreading rumors about Nate that painted him as a drug dealer and car thief from California. When we asked Nate if there was any truth to these rumors he was (in my opinion), candid, honest and open. He willingly told us the details about the pharmacy, his arrest, the charges and his pleading to trying to make a fake document.

To know Nate, one should meet him while he is with his family. Nate and his wife Crystal have twin daughters, Delilah and Scarlet. Nate also has a stepdaughter, Ariana, whom he raised while they were living in California. Ariana has visited Texas numerous times and it is obvious that she respects and trusts Nate. Whether visiting at Nates house or our house or out in the community, what is immediately clear, is that Nate is not only a great father but that this is a family that loves one another. Nate has a lot to say and Crystal is shy at first. Delilah and Scarlett, although twins, have distinctive character. They are both smart and, for children of 10, incredibly well mannered. They are a happy family and Nate is the center.

During last winter, our area had an unusual ice storm. That resulted in our water well pump freezing and breaking. Repairman were overwhelmed with expected delays of 2 weeks to a month before we could expect them. So with no water in our house and freezing temperatures I called Nate asking for advice. I am 77 years old and am frustrated at the things I can't fix myself anymore. I also don't like to ask people to help me. Nate came over, helped (he did it and I watched) get things working. The whole time I was apologizing for needing help he just kept saying it was what neighbors should do. Maybe. But not too many other neighbors would have. Nate has also recently acquired a tractor that he will use in July to mow our front acreage.

I am totally comfortable with Nate being around my family. I would trust him with the keys to our house if we were gone. In the 2 years that he has been our neighbor, and with all that we know of and about Nate, it just seems out of character for Nate to have committed this offense. But I do know he has accepted responsibility for his wrongdoing and feels bad. I am sure he will not be back in court.

Gary Wing

*Reference Letter - Nate Bell*

June 23, 2023

# To Whom It May Concern,

I tell people that when I go to meet a client prior to bidding or being awarded a contract - those first interactions are as much an interview for the client, as it is for myself as the contractor.

I first met Nate Bell when I was referred as a general contractor to bid on a custom home project for him and his family in Boerne, TX. As we worked through the bidding process, he was one of the most communicative and knowledgeable clients I had worked with.

I have worked with many different people of all walks of life, on many different commercial businesses, and home projects, and the one thing that stood out about Nate Bell was his consistency with honesty, integrity, knowledge, and reliability. These traits are difficult to find in a client, especially from an owner of a business.

Upfront he explained the legal situation that he was involved with - the case, and the current pending obstruction of justice charges, as well as the impact that has on his financial solvency for the project and his family - the transparency from the get go was actually reassuring to me - we live in a world where there is so much selfishness at the expense of others - he was putting his thorns out to show, and exposing an extra level of risk about working together on his job. Not many people, clients, friends, or otherwise do that nowadays.

We all have mistakes, sins, and transgressions in our lives. Choosing to face them and humbly share them with an open heart is a quality more people need to learn and implement in their lives if we are to grow as a people, and a nation.

As I've had a working relationship with Nate for about a year and a half now, we've built a friendship and mentorship rapport - enough to the degree that I've asked him to help me run my projects and an independent consulting project manager.

I feel lucky to have met Nate, and honored to have earned his respect, friendship, and continued working relationship now and into the future.

On the business side, Nate is a very talented individual who possesses the ability to multi-task and keep his cool under pressure. He's a great leader and mentor, which makes him an invaluable resource for anyone looking to succeed in the business world. I would recommend Nate as someone you can trust with anything!

Nate is a true professional, a man of character.

Whomever needs validation of his character can personally reach out to me and I would be happy to expound upon the details.

Sincerely,

**Dylan J Boone**
**Owner: Dylan James Homes LLC, Boone Built Solutions LLC**

Honorable Judge Selna,

Hello my name is Crystal Bell and I want to tell you a little about my husband James Nathan Bell. I met Nate in February of 2010 I had just started my first full time job and I was excited. We were friendly and eventually he asked me out on a date. I said yes and the rest was history. I had never met someone so smart and driven. We both fell fast for each other. I was a single mom with an adorable little girl named Ariana. I was nervous at first bringing someone into her life cause she was so young and innocent but I had a good feeling about Nate. The first day he met Ariana he took us both to a church carnival. We had so much fun and I felt like Nate was going to be a special person in our lives. He asked me to marry a few months later and we moved into together.

I was so happy to finally have someone who truly cared for me, had my back no matter what and also cared so much for my daughter Ariana. Watching him become a stepdad was something special. On our first date he told me he never wanted children but after seeing him with Ariana I don't think he meant that. After the twins were born he became the best dad always helping me and doing anything for his girls. Always willing to stop what he was doing and help with school projects or teach them how to use tools and how to fix basic things around the house. He would always tell me how much he loved his girls. They were his motivation to become

Nate worked hard to provide a beautiful life for us. On top of the strenuous task of opening a pharmacy he was always working around the house and taking care of the household finances. I never worried about a thing knowing Nate was there. The pharmacy took up a lot of family time though. He was always making sure things were done the right way (there are no shortcuts with Nate) and that usually meant long hours. When he discussed closing the pharmacy I was a bit relieved. Once the pharmacy closed it felt like the girls had got their father back. He was there to help with homework, attend school functions and just spend time with the little ones.

The past few years have not been easy with the uncertainty of this case looming over use and a cross country move but Nate has remained optimistic. One of the things I admire about him. He has also remained remorseful and struggles with the bad decision he made. He knows the gravity of the decision and I know he regrets it daily. He is always teaching the girls life lessons and showing them how to be decent human beings. Always stressing the fact that doing the right thing might not always be the easy route. He teaches them about what is right and what is wrong. Telling them they need to own up to their mistakes and learn from them. He has learned so much from this and it will help him become an even stronger person. I can say I chose the right person to be their father because I know how much the girls look up to him and admire him. They truly care and look for guidance from him daily.

Sincerely,

Crystal Bell

Dear, Judge Selna

I am Scarlett Bell, the eldest daughter of James and Crystal Bell, and I am writing this letter to show you that my dad is a great and respectful person to everyone he meets and engages with. I also am aware that he has done something wrong that he should not have done. I know that he regrets it every day and night and is truly sorry about what has happened, and I hope that you can see that he is a good, thoughtful, and compassionate person to everyone.

I believe that my dad is one of the best people in my life. He has been helpful to me and my sister to be the kids that we are now. I am thrilled to be the person that I am today, my dad has helped me the most through being a kid and my schoolwork. He's also one of the smartest and sweetest people I know and can help me with any problem that I face rather its in games, schoolwork, or life.

Because of my dad my family has thrived through the years, and we all love him dearly. My dad is important to us because he takes care of pets, teaches me valuable lessons, and much more. He also has watched our family to keep them safe and has taken care of us in the best way possible. To our family he is the best dad we could've ever asked for and one of the most amazing husband to my mom.

June 21, 2023

To whom it may concern,

I was there the night of the arrest and although I was confused and scared I began to understand what was going on. It had to be pretty serious for what had happened but it seemed very out of character. I now understand the severity of the entire situation and the charge of obstruction of justice. I know he took a plea as he's remorseful of what happened. There isn't anything he wouldn't do to make sure we don't struggle and he's does everything for us girls and that's what I believe makes him an honest and hardworking person, and the best father I could have.

To describe the character of James Nathan Bell, my stepdad, my role model, and a father to me for 13 years. I was four years old when he came into my life and he never made me feel like I wasn't his own daughter. Within months of knowing me he threw me a huge party, probably the best birthday I've ever had. As a five-year-old that was enough for me to accept him into my life, since then we have been a little family. Even when my sisters were born when I was seven he made sure I was given the attention I needed while my mom was busy with twins. He's a man who would do anything for his family and he's proved that to everyone around over and over again. Even in my prime rebellious teenage daughter years, he showed nothing but unconditional love and he really only wanted what was best for me. As I get older I realize he didn't have to take me in and give my mom and I the life we have but he did without hesitation. He always wanted better for us whether it be something as simple as new clothes or a new outlook on life. He taught me so many things about the world. He encouraged accountability and independence; and pushed me to be responsible. Reflecting back, there were times when I couldn't understand why he pushed me so hard, but I know now it's true that "your parents know best." I would not be the person I am today if my mom had not brought him into my life. Everything I do, say, or think is influenced by him in one way or another. He has shaped my character, morals, and aspirations. Although many may see a strong hard exterior he has shown me love and vulnerability, even when I did not recognize it as such. So to me he has shown me how he can be a person with integrity, accountability, and generosity.

Ariana Rodriguez

Dear, Judge Selna I'm writing this letter to tell you about my dad and that he is a good person. I am his daughter Delilah Rose Bell. I know that he did something wrong that he should have never done. I also know that from the bottom of his heart he is really sorry. As his daughter I know that he is very caring and a kind person that did this act for a reason stress, anxiety, or family. He always tells us to do what we know is right.

My dad James Nathan Bell is the best dad in my opinion he always teaches me new thing so that will make me thrive in the real world. For example, he's already taught me how to grow food, cook, drive, clean,  proper etiquette , and most importantly academics. I also have learned good skills when I was helping build our house and take care for our animals. With all of that I wish that my dad can keep teaching me and my sister stuff that will make us thrive and be good citizens in our world.

As a daughter  I know I am very lucky to have a dad who will spend time with me and always be there for me. Both of my cousins unfortunately have lost or don't remember their dad which is sad but, this tells me that I am lucky and so happy that my dad will play videogames with me, cook me and my sisters favorite dinners, and do so much more that I cant even count with us. Overall he is a very loving father and husband to his wife and all his kids. I hope my dad can see me and my sisters grow up to be great, responsible, and caring people.